AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Eastern | District of | Massachusetts |
|---|---|---|

Abigail Wrinn

**SUMMONS IN A CIVIL ACTION**

V.

Dean F. Stanley
Cartwheels, Inc.

CASE NUMBER:

# 05  11393 NMG

TO: (Name and address of Defendant)

Cartwheels, Inc.
359 Captain Lijah's Road
Centerville, MA 02632

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney David J. Wenc
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 1 - 2005

CLERK

(By) DEPUTY CLERK                    DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                          *Signature of Server*

                                    _____
                                          *Address of Server*

**Barnstable County Sheriff's Office**

I hereby certify and return, that on **July 20, 2005 at 4:30pm**, I Served a true and attested copy of the within, Summons, Complaint, Civil Action Cover Sheet & Category Sheet, for the within named, **Cartwheels, Inc.**, In-Hand to Dean F. Stanely, (agent in charge), at 359 Captain Lijah's Road, Centerville, MA. 02632.

Fee: $81.40

Brad Parker, Deputy Sheriff
PO Box 614 Centerville, MA 02632