AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Abigail Wrinn

V.

Dean F. Stanley
Cartwheels, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 11393 NMG**

TO: (Name and address of Defendant)

Dean F. Stanley
359 Captain Lijah's Road
Centerville, MA 02632

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney David J. Wenc
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                          JUL 1 - 2005
CLERK                                       DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                           *Signature of Server*

_____
*Address of Server*

 **Barnstable County Sheriff's Office**

I Hereby certify and return, that on **July 20, 2005 at 4:30pm** I served a true and attested copy of the Within, Summons, Complaint, Civil Action Cover Sheet & Category Sheet, In-Hand to, **Dean F. Stanley,** at the last usual place abode 359 Captain Lijah's Road, Centerville, MA. 02632.
Fee: $81.40

Brad Parker, Deputy Sheriff
PO Box 614, Centerville, MA. 02632.