UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABIGAIL WRINN | : | NO.:01:05CV11393 (NMG) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DEAN F. STANLEY and | : | |
| CARTWHEELS, INC. | : | January 3, 2006 |
|     Defendants | | |

**<u>LOCAL RULE 16.1 CERTIFICATION BY THE PLAINTIFF</u>**

NOW COMES the plaintiff, ABIGAIL WRINN, by and through her attorney, David J. Wenc, and certifies that she conferred with her counsel regarding the proposed scheduling order, the establishment of a budget for conducting the full course as well as the alternative courses of litigation. In addition, the plaintiff and her counsel discussed consideration of the resolution of the case through the use of ADR pursuant to L.R. 16.4.

Dated this 3d day of January, 2006.


<u>/s/ Abigail Wrinn</u>

Abigail Wrinn
The Plaintiff


<u>/s/ David J. Wenc</u>

David J. Wenc, Esq.
Her Attorney

## ***CERTIFICATION***

    *I hereby certify that on January 3, 2006, I served a copy of the foregoing Report via CMECF and by U.S. Mail, first-class postage prepaid, to counsel for the defendants:*

Earle C. Cooley
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
Tel. 617-737-3100
Fax 617-737-3113
E-mail: ecooley@cmj-law.com

                                          /s/ David J. Wenc
                                          *David J. Wenc, Esq.*