```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS

ABIGAIL WRINN                    :     NO.: 3:05CV11393 (NMG)
      Plaintiff                  :
                                 :
v.                               :
                                 :
DEAN F. STANLEY and              :
CARTWHEELS, INC.                 :     May 30, 2006
      Defendants
```

**MOTION TO MODIFY THE SCHEDULING ORDER
BY THE PLAINTIFF, ABIGAIL WRINN**

The plaintiff moves this Honorable Court by and through his attorney, David J. Wenc, to modify the current scheduling order as follows:

1. Written discovery will be served by June 30, 2006. Written discovery will be answered by July 31, 2006.

2. Plaintiff's counsel needs more time to complete written discovery because of his commitments in other cases, including USA v. Ivan Teleguz, 02-CR-30043-MAP; USA v. Daniel Almonte, 03-CR-30008-MAP as well as Tomas Diaz v. Toyota Motor Corporation of North America, Inc., 04CV2156 (MRK). Between January 2006 and now, plaintiff's counsel was involved with litigating the above listed cases as well as others. Therefore, he was unable to complete the written discovery pursuant to the

  original scheduling order.

3. The proposed modification is minor in that it does not change the originally scheduled trial date.

4. On Tuesday, May 30, 2006, plaintiff's counsel and defendants' counsel discussed this modification. Defendants' counsel assents.

WHEREFORE, the undersigned moves that the plaintiff's motion be granted.

           RESPECTFULLY SUBMITTED,

           PLAINTIFF, ABIGAIL WRINN

Date:  May 31, 2006  by: /s/ David J. Wenc
            David J. Wenc, Her Attorney
            BBO# 549400
            WENC LAW OFFICES
            44 Main Street
            Windsor Locks, CT  06096
            (860) 623-1195
            (860) 292-6705 (Fax)
            E-mail: davidjwenc@wenclaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that on this 31st day of May 2006, I served a copy of the foregoing Motion by CMECF, to: Earle C. Cooley, ESQ., Cooley Manion Jones LLP, 21 Custom House Street, Boston, MA 02110

           /s/ David J. Wenc
           David J. Wenc, Esq.