UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABIGAIL WRINN | : | NO.: 1:05-cv-11393-NMG |
| VS. | : | |
| DEAN F. STANLEY, ET AL | : | December 1, 2006 |

## MOTION FOR PERMISSION TO ADMIT COUNSEL <u>PRO HAC VICE</u>

The plaintiff, Abigail Wrinn, hereby requests permission to admit Attorney Gwendolyn S. Bishop, Smith & Bishop, LLC, 27 South Main Street, P.O. Box 338, Windsor Locks, CT, 06096, <u>pro hac vice</u> pursuant to Local Federal Rules of Civil Procedure.

The undersigned certifies that Attorney Bishop is a member in good standing of the State Court of Connecticut and United States District Court for the District of Connecticut. Attorney Bishop has never been denied admission nor been disciplined by this Court or by any other court to the undersigned's knowledge

WHEREFORE, the plaintiff respectfully requests that the Motion to Admit Attorney Bishop <u>Pro Hac Vice</u> be granted.

PLAINTIFF – ABIGAIL WRINN

By _____
David Wenc , Her Attorney
BBO#549400
WENC LAW OFFICES
44 Main Street
Windsor Locks, CT 06096
(860) 623-1195
E-mail:david.wenclaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2006, I served a copy of the foregoing Motion by CMECF and U.S. Mail, to: Earle C. Cooley, ESQ., Cooley Manion Jones LLP, 21 Custom House Street, 6th Floor, Boston, MA 02110.

/s/ David J. Wenc
David J. Wenc, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABIGAIL WRINN | : | NO.: 1:05-cv-11393-NMG |
| VS. | : | |
| DEAN F. STANLEY, ET AL | : | DECEMBER 1, 2006 |

**AFFIDAVIT OF GWENDOLYN S. BISHOP IN SUPPORT OF
MOTION TO APPEAR <u>PRO HAC VICE</u>**

STATE OF CONNECTICUT )
                      ) SS. Windsor Locks
COUNTY OF HARTFORD    )

Gwendolyn S. Bishop, Esquire, being duly sworn, deposes and state the following:

I.  I am an attorney currently practicing law in Windsor Locks, Connecticut at the firm of Smith & Bishop, LLC. The address of my firm is 27 South Main Street, P.O. Box 338, Windsor Locks, CT 06096. The telephone number is 860-627-0513; the telecopier number is 860-623-1026; my e-mail address is attorneypaulsmith@hotmail.com. I submit this affidavit in support of the motion for my admission as an attorney pro hac vice on behalf of the plaintiff, Abigail Wrinn, in the above-captioned matter.

II. In this matter, I will assist counsel David Wenc, (State Bar No. BBO# 549400) of 44 Main Street, Windsor Locks, Connecticut, 06096. The telephone number is 860-623-1195. The telecopier number is 860-292-6705.

III. I am admitted to practice before the Supreme Court of the State of Connecticut and the United States District Court for the District of Connecticut. I am an active member in good standing in all of the foregoing courts and jurisdictions. I have not been the subject of any professional disciplinary action by the Bar or courts of any jurisdiction. I have not been denied admission to the courts of any State or to any federal court during the preceding give (5) years.

IV.  I am familiar with the Rules of the United States District Court for the District of Massachusetts. I agree that I will at all times abide by and comply with these rules governing the conduct of counsel in the State Courts of Massachusetts as well as the local rules of this Court.

I swear that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: December 1, 2006

*Gwendolyn S. Bishop*

Subscribed and sworn to before me this 1st day of December, 2006.

*Taryn A. Heeber-Doody*
Taryn A. Heeber-Doody
    Notary Public
My Commission Expires: 1/31/2007