UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABIGAIL WRINN : | NO.: 3:05CV11393 (NMG) |
|     Plaintiff : | |
| : | |
| v. : | |
| : | |
| DEAN F. STANLEY and : | |
| CARTWHEELS, INC. : | December 26, 2006 |
|     Defendants | |

**MOTION TO MODIFY THE MEDIATION ORDER**
**BY THE PLAINTIFF, ABIGAIL WRINN**

The plaintiff moves this Honorable Court by and through his attorney, David J. Wenc, to modify the current mediation order as follows:

1. Plaintiff's counsel has a scheduling conflict on Thursday, January 18, 2007. He has a court appearance in Springfield District Court that day at 9:00 a.m. The Springfield matter was scheduled previous to the Order re: Mediation.

2. In addition, the defense has filed supplemental discovery after the deposition of the plaintiff. The defendants consider the discovery crucial.

*3.* All counsel consider the case ripe for mediation during March 2007, _except_ *for March 1, 16, 19 and 23.*

4. Plaintiff's counsel and defendants' counsel discussed this modification. Defendants' counsel

assents.

WHEREFORE, the undersigned moves that the plaintiff's motion be granted.

```
                                RESPECTFULLY SUBMITTED,

                                PLAINTIFF, ABIGAIL WRINN

Date:  December 26, 2006        by: /s/ David J. Wenc
                                David J. Wenc, Her Attorney
                                BBO# 549400
                                WENC LAW OFFICES
                                44 Main Street
                                Windsor Locks, CT  06096
                                (860) 623-1195
                                (860) 292-6705 (Fax)
                                E-mail:davidjwenc@wenclaw.com
```

**CERTIFICATION OF SERVICE**

I hereby certify that on this 26th day of December 2006, I served a copy of the foregoing Motion by CMECF, to: Earle C. Cooley, ESQ., Cooley Manion Jones LLP, 21 Custom House Street, Boston, MA 02110

```
                                /s/ David J. Wenc
                                David J. Wenc, Esq.
```