UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action, File Number 05CV11393 NMG

|  |  |
|---|---|
| ABIGAIL WRINN, Plaintiff, | ) ) ) ) |
| v. | ) ) |
| DEAN F. STANLEY ET AL, Defendants. | ) ) ) |

**MOTION AND NOTICE FOR WRIT OF ATTACHMENT**

    Plaintiff, Abigail Wrinn, by David J. Wenc, her attorney, moves the court for a writ of attachment for 9 Old Mill Road, Marstons Mills, Massachusetts, pursuant to Rule 64 of the Federal Rules of Civil Procedure, Rule 4.1 of the Massachusetts Rules of Civil Procedure and M.G.L.A. 223 Sec. 42. This motion is based on the grounds of relief, as more fully appear in the complaint filed with this Court on July 1, 2005 and on the attached affidavit of the plaintiff.

Dated: 2/02/2007               Signed: /s/ David J. Wenc
                                                 David J. Wenc, Plaintiff's Attorney
                                                 WENC LAW OFICES
                                                 44 Main Street
                                                 P.O. Box 306
                                                 Windsor Locks, CT 06096
                                                 860-623-1195
                                                 david.wenclaw@sbcglobal.net

## NOTICE OF MOTION

To: Dean F. Stanley, c/o Earle C. Cooley, ESQ., Cooley Manion Jones LLP, 21 Custom House Street, Boston, MA 02110:

Please take notice that on _____, at _____ o'clock _____.m., or as soon thereafter as counsel can be heard, in Room _____, United States Court House, Boston, Massachusetts, the undersigned will bring the above motion on for hearing.

You are entitled to appear at this hearing either in person, or by your attorney, and to show cause why such writ should not be entered against your property. Should you fail to appear at the hearing, either in person or by counsel, the court, without taking further evidence, may immediately issue a writ of attachment for 9 Old Mill Road, Marstons Mills, Massachusetts in accordance with the above motion.

Dated: 2/02/2007            Signed: /s/ David J. Wenc
                                    David J. Wenc, Plaintiff's Attorney
                                    WENC LAW OFICES
                                    44 Main Street
                                    P.O. Box 306
                                    Windsor Locks, CT 06096
                                    860-623-1195
                                    david.wenclaw@sbcglobal.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action, File Number 05CV11393 NMG

| | |
|---|---|
| ABIGAIL WRINN,<br>Plaintiff,<br><br>v.<br><br>DEAN F. STANLEY ET AL,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ATTACHMENT AFFIDAVIT**

ABIGAIL WRINN, being first duly sworn, deposes and says:

1. She is the plaintiff in the above-entitled action.

2. The plaintiff's cause of action against, DEAN F. STANLEY, one of the defendants in the above-entitled action, is just and is one to recover the sum of at least $250,000.00, as damages arising from an injury to my person in this state, in consequence of the defendant's conduct as alleged in my complaint filed with this court on July 1, 2005, specifically: the defendant sexually assaulted me. As a result of his conduct, I suffered post-traumatic stress disorder.

3. The amount claimed as damages by the plaintiff is over and above all legal set-offs or counterclaims of the defendant.

4. The defendant did not file a claim with his company's liability insurer.

5. The defendant owns real estate and a business with business bank accounts in the Commonwealth.

6. Such attachment is not sought, and the action is not prosecuted, to hinder, delay, or defraud any creditor or creditors of the defendant. Instead, the attachment is sought to secure compensation for all injuries caused by the defendant, especially since there does not appear to be liability insurance coverage for the injuries sustained by me.

*Signed Under the Pains and Penalties of Perjury, this 30th day of January 2007.*

_AFFIANT:

x *Abigail E. Wrinn*
Abigail Wrinn

**CERTIFICATION OF SERVICE**

I hereby certify that on this 2nd day of February, 2007, I served a copy of the foregoing Motion for Attachment with Notice and Affidavit by CMECF, to: Earle C. Cooley, ESQ., Cooley Manion Jones LLP, 21 Custom House Street, Boston, MA 02110.

/s/ David J. Wenc
David J. Wenc, Esq.