UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ABIGAIL WRINN<br>    Plaintiff<br><br>v.<br><br>DEAN F. STANLEY ET AL.<br>    Defendants | )<br>)<br>)<br>)<br>) **Civil Action**<br>) **File Number 05 CV 11393 NMG**<br>)<br>)<br>)<br>)<br>) February 5, 2007 |

### DEFENDANT/DEAN F. STANLEY'S OPPOSITION TO, AND NOTICE OF REQUEST FOR A HEARING ON, PLAINTIFF'S MOTION FOR A WRIT OF ATTACHMENT

On February 2, 2007, defendant, Dean F. Stanley, through service on his attorney, Earle C. Cooley, was served with plaintiff's Motion for Attachment, with Notice of Motion and plaintiff's Attachment Affidavit, via CMECF. The Notice of Motion left bank the time and date of the hearing, for assignment by the Court. Defendant, Dean F. Stanley, respectfully requests a hearing on either February 7, 9, 12 or 13, 2007 in order to obtain an early resolution of a matter threatening his business and livelihood.

                                            Respectfully submitted,
                                            By his attorneys
                                            /s/ Earle C. Cooley
                                                Earle C. Cooley, Esq. BBO 097900
                                                Cooley Manion Jones LLP
                                                21 Custom House Street
                                                Boston, MA 02110
                                                Tel. 617-737-3100

## **CERTIFICATE OF SERVICE**

  I, Earle C. Cooley, Attorney for Defendant, Dean F. Stanley, hereby certify that on the 5th day of February, 2007 I served the forgoing Opposition to, and Notice of Request for a Hearing on, Plaintiff's Motion for a Writ of Attachment, by CM/ECF to David J. Wenc and by electronic mail to Gwendolyn S. Bishop, attorneys for Plaintiff.

              /s/  Earle C. Cooley
                Earle C. Cooley