## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ABIGAIL WRINN | : | NO.: 3:05CV11393 (NMG) |
|   Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DEAN F. STANLEY and | : | |
| CARTWHEELS, INC. | : | February 13, 2007 |
|   Defendants | | |

## **JOINT MOTION TO MEDIATE CASE**

The parties move this Honorable Court by and through their respective attorneys to mediate this case in Springfield, Massachusetts on April 11, 2007 at 2:00 p.m.

WHEREFORE, the undersigned move that the joint motion be granted.

                                RESPECTFULLY SUBMITTED,

                                PLAINTIFF, ABIGAIL WRINN

Date: February 13, 2007        by: /s/ David J., Wenc Her Attorney
                                                  David J. Wenc, Her Attorney
                                                  BBO# 549400
                                                  WENC LAW OFFICES
                                                  44 Main Street
                                                  Windsor Locks, CT  06096
                                                  (860) 623-1195
                                                  (860) 292-6705 (Fax)
                                                  E-mail:davidjwenc@wenclaw.com

|  |  |
|---|---|
|  | DEFENDANTS, DEAN F. STANLEY ET AL |
| Date: February 13, 2007 | by: /s/ Earle C. Cooley, Their Attorney<br>Earle C. Cooley,<br>Their Attorney<br>BBO# 097900<br>Cooley Manion Jones LLP<br>21 Custom House Street<br>Boston, MA 02110 |
|  | (617) -737-3100<br>(617) -737-3113<br>E-mail: ecooley@cmj-law.com |

**CERTIFICATION OF SERVICE**

I hereby certify that on this 13th day of February 2007, I served a copy of the foregoing Motion by CMECF, to: Earle C. Cooley, ESQ., Cooley Manion Jones LLP, 21 Custom House Street, Boston, MA 02110

/s/ David J. Wenc
David J. Wenc, Esq.