## **NOTICE**

      Defendant, Dean F. Stanley, by his attorney, Earle C. Cooley, hereby gives notice that the Escrow Agreement has been completed and the Escrow Account has been opened pursuant to the conference between the Court and all counsel on February 13, 2007.

      /s/ Earle C. Cooley