# United States District Court
# District of Massachusetts

ABIGAIL E. WRINN,
        Plaintiff,

        v.                                          CIVIL ACTION NO. 2005-11393-NMG

DEAN F. STANLSY,
CARTWHEELS, INC.,
        Defendants.

## REPORT RE: REPORT RE: ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    On April 11, 2007, I held the following ADR proceeding at Springfield, Massachusetts:

| | | | |
|---|---|---|---|
| \_\_\_\_\_ | EARLY NEUTRAL EVALUATION | \_\_X\_\_ | MEDIATION |
| \_\_\_\_\_ | MINI-TRIAL | \_\_\_\_\_ | SUMMARY JURY TRIAL |
| \_\_\_\_\_ | SETTLEMENT CONFERENCE | | |

Plaintiff's and defendants' counsel participated. The plaintiff and the defendant were present.

[X]    The case settled. Settlement papers will be filed in 30 days.

    April 12, 2007                                *Robert B. Collings*
    DATE                                              ROBERT B. COLLINGS
                                                      United States Magistrate Judge

Copy to:    Judge Gorton
                   Rebecca Tyler, Esquire,
                   Counsel for all parties.