## RELEASE

     For the consideration of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) to the undersigned, in hand paid, receipt of which is hereby acknowledged, **I, ABIGAIL E. WRINN,** hereby release and forever discharge, and for my heirs, executors, administrators and assigns do hereby release and forever discharge **DEAN F. STANLEY and CARTWHEELS, INC.,** their agents, employees, servants, successors, predecessors, assigns, heirs, executors and administrators, from any and all claims, actions, causes of action, demands, rights, damages, costs, loss of services, expenses and compensation whatsoever, which the undersigned now has, ever had, or which may hereafter accrue on account of or in any way growing out of all known or unknown, foreseen and unforeseen, bodily and personal injuries and property damage, and the consequences thereof, resulting, and to result, from an incident on or about July 3, 2002, involving Abigail E. Wrinn and Dean F. Stanley as more particularly described in a lawsuit entitled *Abigail W. Wrinn vs. Dean F. Stanley and Cartwheels, Inc.*, with a docket number of 05CV11393 NMG pending in the United States District Court for the Eastern District of Massachusetts.

     It is further understood and agreed that any payment made is not to be construed as an admission of liability on the part of the party or parties hereby released; that acceptance of the consideration set forth herein is in full accord and satisfaction of a disputed claim for which liability is expressly denied.

     The undersigned declares and represents that no promise, inducement, or agreement not herein expressed has been made to the undersigned and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

Signed and sealed this 24th day of April, 2007.

I HAVE READ THIS RELEASE.
I UNDERSTAND IT FULLY.

_____
ABIGAIL E. WRINN, Plaintiff

State of Connecticut   )
County of Hartford     )   ss.   Windsor Locks

     On this 24th day of April, 2007, before me personally appeared **ABIGAIL E. WRINN** to me known to be the person described herein, and who executed the foregoing instrument, and she acknowledged that she voluntarily executed the same.

_____
GWENDOLYN S. BISHOP
Commissioner of Superior Court

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ABIGAIL E. WRINN

**Plaintiff**

V.

DEAN F. STANLEY, ET AL

**Defendants**

CIVIL ACTION

NO. 1:05CV11393 NMG

## STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with/without prejudice, and with/without costs.

Dated this 11th day of April, 2007.

/s/ David J. Wenc

DAVID J. WENC

**Attorney for Plaintiff**

/s/ Earle C. Cooley

EARLE C. COOLEY

**Attorney for Defendants**

(Dismissal Stipulation.wpd - 2/2000)                                    [stipdism.]

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

ABIGAIL WRINN,
      Plaintiff

                                  Civil Action No. 05-11393-NMG

v.

DEAN STANLEY ET AL.,
      Defendants

## MOTION OF DEFENDANT, DEAN STANLEY, FOR LEAVE TO FILE FINAL SETTLEMENT PAPERS

Defendant, Dean Stanley, hereby moves for leave to file final Settlement papers consisting of Release and Stipulation For Dismissal with prejudice and without costs.

                                    Dean Stanley,
                                    By his attorney,

/s/ <u>Earle C. Cooley</u>
    Earle C. Cooley, BBO No. 097900
    Cooley Manion Jones LLP
    21 Custom House Street
    Boston, MA 02110
    Tel. 617-737-3100
    e-mail ecooley@cmj-law.com